8/24/2020 9:58 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-20-000078
Gilberto Rios

CAUSE NO. D-1-GN-20-000078

| | | |
|---|---|---|
| WILLIAM MCGUIRE,<br>Plaintiff, | § § § | IN THE DISTRICT COURT |
| v. | § § | TRAVIS COUNTY, TEXAS |
| ANTHONY LAUGHLIN,<br>Defendant. | § § § | 98th JUDICIAL DISTRICT |

## DEFEDANT'S FIRST AMENDED ANSWER

Defendant Anthony Laughlin ("Laughlin" or "Defendant") files this, his *First Amended Answer*, and offers the following in support:

### I. GENERAL DENIAL

1. Mr. Laughlin denies each and every, all and singular, material allegation of fact and law contained in Plaintiff's *First Amended Original Petition* and any amendment and supplements thereto and demands strict proof of the same.

2. Mr. Laughlin hereby expressly reserves the right to amend, clarify, revise, or correct any or all of the responses, objections, or assertions contained herein, and to assert additional objections or privileges, in one or more subsequent supplemental response(s).

### II. AFFIRMATIVE DEFENSES

3. Notwithstanding the above *General Denial*, Mr. Laughlin asserts the following affirmative defenses to the claims made against him in Plaintiff's *First Amended Original Petition*:

   a) Failure to mitigate;
   b) Release;
   c) Impossibility/impracticability of performance;
   d) Accord and satisfaction;
   e) Ratification;
   (f) Waiver.

Copy from re:SearchTX

## III.     CONCLUSION

Mr. Laughlin respectfully prays that the Court render final judgment that Plaintiff takes nothing by his suit, award Defendant his reasonable and necessary attorney fees, costs of court, and all other relief, at law, or in equity, to which the Court deems him justly entitled.

Respectfully submitted,

/s/ Adrian Resendez
Adrian M. Resendez
Texas Bar No. 24088845
Brough & Resendez, PLLC
1213 W. Slaughter Ln., Ste. 100
Austin, TX, 78748
Telephone: 512-792-9610
adrian@bandrlaw.com

-and-
Shane D. Neldner
Texas Bar No. 24062435
Of Counsel
Brough & Resendez, PLLC
1213 W. Slaughter Ln., Ste. 100
Austin, TX, 78748
512-650-0936 (phone)
shane@neldnerlaw.com

**ATTORNEYS FOR DEFENDANT**

Copy from re:SearchTX

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's *First Amended Answer* has been sent to all counsel of record on August 24, 2020, as indicated below:

THE J. L. WATSON LAW FIRM, P.C.
J. Lynn Watson
State Bar No. 20761510
9442 N. Capital of Texas Highway
Arboretum Plaza 1; Suite 500
Austin, Texas 78759
Telephone: (512) 343-4526
Telecopier: (512) 582-2953
email: lwatson@jlw-law.com

and

Richard S. Hoffman
State Bar No. 09787200
LAW OFFICE OF RICHARD S. HOFFMAN
Congress Square II
611 S. Congress, Suite 210
Austin, TX 78704
Telephone number: (512) 322-9800
email: rhoff88302@aol.com

**ATTORNEYS FOR PLAINTIFF**

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katherine Gallagher on behalf of Katherine Gallagher
Bar No. 24118810
katie@bandrlaw.com
Envelope ID: 45625533
Status as of 8/26/2020 9:35 AM CST

Associated Case Party: William McGuire

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Hoffman | | rhoff88302@aol.com | 8/24/2020 9:58:32 AM | SENT |
| J Lynn Watson | | lwatson@jlw-law.com | 8/24/2020 9:58:32 AM | SENT |

Copy from re:SearchTX