IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WILLIAM McGUIRE<br><br>    Plaintiff<br><br>v.<br><br>GEOFFREY CHACKEL,<br>PERSONAL REPRESENTATIVE OF<br>THE ESTATE OF<br>ANTHONY LAUGHLIN, DECEASED<br><br>    Defendant | CIVIL ACTION NO. 1:21-CV-210-RP |

## PARTIES' JOINT NOTICE OF AGREEMENT TO REQUEST TRIAL SETTING

TO THE HONORABLE ROBERT PITTMAN, UNITED STATES DISTRICT JUDGE:

In accordance with the Court's Order of June 23, 2022 (Dkt. 10), the parties hereby jointly give notice that no scheduling order is necessary in this case, and hereby jointly request trial setting from the Court. The parties respectfully jointly request that the Court set this matter for trial in the Spring of 2023.

    Respectfully submitted,
    /s/ J. Lynn Watson
    J. Lynn Watson
    State Bar No. 20761510
    THE J. L. WATSON LAW FIRM, P.C.
    9442 N. Capital of Texas Highway
    Arboretum Plaza 1; Suite 500
    Austin, Texas 78759
    Telephone: (512) 343-4526

Telecopier: (512) 582-2953
email: lwatson@jlw-law.com

and

/s/Richard S. Hoffman
Richard S. Hoffman
State Bar No. 09787200
LAW OFFICE OF RICHARD S. HOFFMAN
Congress Square II
611 S. Congress, Suite 210
Austin, TX 78704
Telephone: (512) 3229800
email: rhoff88302@aol.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF FILING AND SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on all counsel of record, on this the 7th day of July, 2022.

/s/ Richard S. Hoffman
Richard Hoffman

CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff conferred with Defendant=s counsel and obtained his consent to this notice of joint request for trial setting, including his joinder in the request that the case be set for trial in the Spring of 2023.

/s/Richard S. Hoffman
Richard Hoffman